**Order filed December 8, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00633-CV**

_____

**RYAN W. LANE, Appellant**

**V.**

**ANDREA E. LOPEZ, Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-76677**

## ORDER

On October 15, 2020, this court issued a ruling granting appellant's motion to extend time to file a notice of appeal. That ruling was a clerical error. The October 15, 2020 ruling is withdrawn. Appellant's motion to extend time to file a notice of appeal is denied.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.